**NICHOLAS F. REYES, #102114**
Attorney at Law
1107 "R" Street
Fresno, California 93721
Telephone: (559) 486-4500
Facsimile:  (559) 486-4533

Attorney for Defendant
**JESUS GAMBOA-MEZA**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **CASE NO. 2:12-CR-287-MCE** |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE SENTENCING** |
| ) | |
| v. ) | |
| ) | |
| JESUS GAMBOA-MEZA ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    Defendant, JESUS GAMBOA-MEZA, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, JASON HITT, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Thursday, August 8, 2013, at 9:00 a.m. be continued to Thursday, September 26, 2013 at 9:00 a.m. in the courtroom for the Honorable Morrison C. England, Jr., District Judge.

**IT IS SO STIPULATED**

                                                                        Respectfully submitted,

Dated: 08-06-13                                             /s/ Nicholas F. Reyes
                                                                                  NICHOLAS F. REYES
                                                                                  Attorney for Defendant

1 | **IT IS SO STIPULATED**

3 | Dated: 08-06-13                    /s/ Jason Hitt
                                       JASON HITT
4 |                                    Assistant U.S. Attorney

## ORDER

Pursuant to the parties' stipulation, the sentencing in the above-referenced case currently scheduled for Thursday, August 8, 2013, is continued to Thursday, **September 26, 2013 at 9:00 a.m.** in Courtroom 7.

IT IS SO ORDERED.

Date: August 07, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT