**NICHOLAS F. REYES, #102114**
Attorney at Law
1107 "R" Street
Fresno, California 93721
Telephone: (559) 486-4500
Facsimile:   (559) 486-4533

Attorney for Defendant
**JESUS GAMBOA-MEZA**

UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JESUS GAMBOA-MEZA )<br>)<br>Defendant. )<br>_____) | **CASE NO. 2:12-CR-287-MCE**<br><br>**STIPULATION TO CONTINUE SENTENCING** |

   Defendant, JESUS GAMBOA-MEZA, by and through his counsel of

record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and

through its counsel of record, JASON HITT, Assistant United States Attorney for the Eastern

District of California, hereby stipulate that the sentencing in the above-referenced case

currently scheduled for Thursday, September 26, 2013, at 9:00 a.m. be continued to

Thursday, December 12, 2013 at 9:00 a.m. in the courtroom for the Honorable Morrison C.

England, Jr., District Judge.

**IT IS SO STIPULATED**

                                        Respectfully submitted,


Dated: 09-24-13                         /s/ Nicholas F. Reyes
                                        NICHOLAS F. REYES
                                        Attorney for Defendant

**IT IS SO STIPULATED**

Dated:09-24-13                                    /s/ Jason Hitt
                                                  JASON HITT
                                                  Assistant U.S. Attorney

     The sentencing will be continued to Thursday, December 12, 2013 at 9:00 a.m. in Courtroom 7.


     **IT IS SO ORDERED**

Date: September 24, 2013


_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT